1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Respondents

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 IRINA AGANINA,                    )
                                     )
13              Petitioner,          )   Case No. 06-6394 SBA
                                     )
14       v.                          )
                                     )   **STIPULATION TO DISMISS; AND**
15 Department of Homeland Security,  )   **ORDER**
   MICHAEL CHERTOFF, Secretary; *et al.*, )
16                                   )
                Respondents.         )
17 _____   )

18     Petitioner, by and through her attorney of record, and Respondents, by and through their

19 attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

20 in light of the adjudication of Petitioner's adjustment of status application (Form I-485).

21     Each of the parties shall bear their own costs and fees.

22 Date: November 27, 2006                     Respectfully submitted,

23                                             KEVIN V. RYAN
                                               United States Attorney
24

25
                                                       /s/
26                                             _____
                                               ILA C. DEISS
                                               Assistant United States Attorney
27                                             Attorneys for Respondents

28

Stip. to Dismiss
C 06-6394 SBA

1
2  Date: November 27, 2006                             /s/
                                         MARINA SEREBRYANAYA
3                                        Attorney for Petitioner

4                                   **ORDER**

5     Pursuant to stipulation, IT IS SO ORDERED.

6
7  Date:   11/27/06
                                         _____
8                                        SAUNDRA B. ARMSTRONG
                                         United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. to Dismiss
C 06-6394 SBA                            2